THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Ivan V. Cholak, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Danny Webb, Respondent.
 
 
 
 
 

Appeal From Greenwood County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No.  2010-UP-190
 Submitted March 1, 2010  Filed March 4,
2010

AFFIRMED

 
 
 
 Adam Fisher, Jr., of Greenville, for
 Appellant.
 Steven M. Pruitt and Stephen D. Baggett,
 Jr., both of Greenwood, for Respondent.
 
 
 

PER CURIAM:  In this civil action arising out of a physical
 altercation, Ivan Cholak appeals the circuit court's order adding $12,000 to
 the amount of his jury verdict against Danny Webb.  Cholak argues the circuit
 court erred in granting a partial additur rather than a new trial and in
 failing to consider punitive damages.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  
1. As to whether the
 circuit court erred in granting a partial additur:  Toole v. Toole, 260 S.C. 235, 239, 195 S.E.2d 389, 390
 (1973) (giving the circuit court sound discretion when addressing questions of
 excessiveness or inadequacy of verdicts and declining to disturb its decision absent
 an abuse of discretion); Kalchthaler v. Workman, 316 S.C. 499, 503, 450
 S.E.2d 621, 623 (Ct. App. 1994) (holding when a trial court grants additional
 relief within a range specified by the prevailing party, that party must be
 content with the determination).  
2. As to
 whether the circuit court erred in failing to include damages for lost earnings
 or permanent injury in the amount of its additur or in failing to grant a new
 trial absolute:  In re Michael H., 360 S.C. 540, 546, 602 S.E.2d 729,
 732 (2004) ("An issue may not be raised for the first time on appeal.  In
 order to preserve an issue for appeal, it must be raised to and ruled upon by
 the trial court.").  
3. As to whether the circuit
 court erred in failing to consider punitive damages:  In re Michael H., 360 S.C. 540,
 546, 602 S.E.2d 729, 732 (2004) ("An issue may not be raised for the first
 time on appeal.  In order to preserve an issue for appeal, it must be raised to
 and ruled upon by the trial court.").  
AFFIRMED.  
PIEPER and
 GEATHERS, JJ., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.